**Tracy WOODY, Plaintiff–Appellant,**

v.

**MBNA AMERICA BANK, NA; Air Courier Association/cheaptricks.com, Defendants–Appellees.**

**Tracy Woody, Plaintiff–Appellant,**

v.

**Discover Financial Services, Incorporated, Defendant– Appellee,**

**and**

**Providian Financial Corporation, Defendant.**

**Nos. 02–2326, 02–2327.**

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2003.

Decided July 16, 2003.

Tracy Woody, Appellant Pro Se. Michael Edmond Weddington, Jackson Wyatt Moore, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, North Car-olina; James Dickson Phillips, III, Daniels & Daniels, P.A., Research Triangle Park, North Carolina; David Dreifus, Poyner & Spruill, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tracy Woody seeks to appeal the district court's orders dismissing two civil actions wherein she raised claims under the Fair Credit Billing Act (FCBA) and the Truth in Lending Act (TILA) (*see* 15 U.S.C. § 1601 et seq.), in addition to state claims for slander, fraud, and negligence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Woody v. MBNA America Bank,* No. CA–02–170–BO (E.D.N.C. Oct. 11, 2002); *Woody v. Discover Fin.,* No. CA–02–171–BO (E.D.N.C. Oct. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*